IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MANUEL RAUL REYO PENA
GARCIA MONTERO,

      Petitioner,

  v.

                              Civil Action 2:05-CV-516
                               JUDGE GRAHAM
                              Magistrate Judge KING

GEORGE W. BUSH, *et al.*,

      Respondents.

## ORDER

On May 25, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241 be dismissed.  Petitioner was specifically advised of his right to object to the *Report and Recommendation*, and of the consequences of his failure to do so.  In response, petitioner filed a document that is entirely incomprehensible.

The Court has reviewed the record in this case and agrees that the allegations are "incomprehensible, fantastic and apparently delusional." *Report and Recommendation,* at p. 1, Doc. No. 2.  The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**.  This case is hereby **DISMISSED.**

                                                         s/James L. Graham
                                                        JAMES L. GRAHAM
                                                   United States District Judge

DATE:  June 24, 2005